1  D. GILL SPERLEIN, SBN 172887
2  THE LAW OFFICE OF D. GILL SPERLEIN
   345 Grove Street
3  San Francisco, CA 94102
   Telephone: (415) 404-6615
4  Facsimile: (415) 404-6616
   gill@sperleinlaw.com
5
6  Attorneys for Plaintiff KRAHO, GmbH

7           **UNITED STATES DISTRICT COURT**
            **CENTRAL DISTRICT OF CALIFORNIA**
8

9  **KRAHO, GmbH**, an Austrian Company    )    **Case №:  2:19-cv-4050 AB (KSx)**
                                           )
10 d/b/a the GAYSHOP,                       )    **[PROPOSED] ORDER GRANTING**
                                           )    **PLAINTIFF'S NOTICE OF MOTION AND**
11         Plaintiff,                       )    **MOTION FOR LIMITED DISCOVERY IN**
                                           )    **AID OF DEFAULT JUDGMENT AGAINST**
12         v.                               )    **DEFENDANT OVERLORD LIMITED**
                                           )
13 **OVERLORD LIMITED**, a California       )
                                           )
14 corporation,                            )    **Date:  December 20, 2019**
                                           )    **Time:  10:00 a.m.**
15                                          )    **CtRm.:  7B**
                                           )
16         Defendants.                      )
                                           )
17 _____

18
        Plaintiff Kraho, GmbH's motion for leave to take limited discovery in aid of default judgment
19
   against Defendant Overlord Limited, came on regularly for hearing before this Court on December
20
21 20, 2019. Having read the motion, points and authorities, and supporting documents filed by the

22 parties, and having heard and considered the arguments presented at the hearing, the Court hereby

23 **GRANTS** Respondent's motion.

24

25
   Date: _____          _____
26                                                THE HON. ANDRE BIROTTE, JR.
                                                  UNITED STATES DISTRICT JUDGE
27
                                                           2:19-cv-4050 AB (KSx)
28
   [PROPOSED] ORDER GRANTING MOTION FOR LIMITED DISCOVERY