D. GILL SPERLEIN, SBN 172887
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, CA 94102
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorneys for Plaintiff KRAHO, GmbH

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **KRAHO, GmbH**, an Austrian Company d/b/a the GAYSHOP, <br><br>    Plaintiff, <br><br>    v. <br><br>**OVERLORD LIMITED**, a California corporation, <br><br>    Defendants. | **Case №: 2:19-cv-4050 AB (KSx)** <br><br> **PROOF OF SERVICE** |

-1-

2:19-cv-4050 AB (KSx)
Proof of Service

I, D. Gill Sperlein, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action. My business address is The Law Office of D. Gill Sperlein, 345 Grove Street, San Francisco, CA 94102. I am personally familiar with the business practice of the Law Office of D. Gill Sperlein. On **November 5, 2019,** I served the following document(s):

- **Plaintiff's Motion for Leave to Take Discovery in Aid of Motion for Default Judgment**
- **Proposed Order**

placing a true copy thereof enclosed in a sealed envelope (except in the case of e-mail or addressed to the following parties:

> Lynton D Appleson,
> President Overlord Limited
> 9741 Canoga Ave.
> Chatsworth, CA 91311
> **vip@vipsvcs.com**

__X__ (By Electronic Mail) I caused each document to be sent by Electronic Mail to the e-mail address(es) above.

__X__ (By Mail) I caused each envelope with potage fully prepaid to be placed in collection and mailing following the ordinary business practices of the Law Office of D. Gill Sperlein. (By Messenger Service) I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed above (or via electronic mail) and provided them to a professional messenger service for service, in which case a declaration by the messenger appears below or is attached.

_____ (By Hand) I caused each envelope to be delivered by hand to the offices listed above. (By Facsimile/Telecopy) I caused each document to be sent by Automatic Facsimile/Telecopier to the number(s) indicated above.

I declare under penalty of perjury under the laws of the United States and the State of California that the above is true and correct and that this declaration was executed at San Francisco, California.

**November 5, 2019**                                    /s/ D. Gill Sperlein

_____

D. GILL SPERLEIN

-2-

2:19-cv-4050 AB (KSx)
Proof of Service