JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRAHO, GmbH, an Austrian Company d/b/a the GAYSHOP,<br><br>Plaintiff,<br><br>v.<br><br>OVERLORD LIMITED, a California corporation,<br><br>Defendant. | Case No. CV 19-04050-AB (KSx) |

For the reasons stated in the Court's Order Granting Default Judgment (Dkt. No. 45) **FINAL JUDGMENT IS HEREBY ENTERED** in favor of Plaintiff KRAHO, GmbH ("Plaintiff") and against Defendant Overlord Limited ("Defendant") as follows:

**A. Damages**

A monetary judgment is **HEREBY ENTERED** in favor of Plaintiff and against Defendant in the amount of one hundred four thousand, four hundred sixty dollars ($104,460.00).

-1-

2:19-cv-04050 AB (KSx)
[~~PROPOSED~~] JUDGMENT

**B. Injunctive Relief**

Defendant, and all agents, licensees, servants, successors, and assigns of Defendant, and any and all persons, firms, corporations, or other entities in active concert or participation with Defendant, are hereby **ENJOINED** and restrained from the manufacture, publication, reproduction, display, distribution, advertising of, sale, or offer for sale of the following audiovisual works exclusively licensed to Plaintiff for distribution in the United States:

| | |
|---|---|
| *Cadinot 2* | *Service Actif* |
| *Cadinot 3* | *Ski Lodge* |
| *Cadinot 4* | *Street Smart* |
| *Cadinot 5* | *Subversion* |
| *Cadinot 6* | *Techno Boys* |
| *Cadinot 7* | *The Compete Package* |
| *Chaleurs* | *The Player* |
| *Corps D'Elite* | *Top Models* |
| *Crescendo* | *Tough and Tender* |
| *Cult of Love* | |
| *Desire Voles* | |
| *Emergency Exit* | |
| *Greed and Lust* | |
| *Hamam Turkish Bathouse* | |
| *Hand in the Fire* | |
| *Incredible Experience* | |
| *Just the Right Age* | |
| *Le Courier* | |
| *Le Voyage to Venice* | |
| *Love and Jealousy* | |
| *Maurice and His Friends* | |
| *Mens Museum* | |
| *Night Dreams* | |
| *Oriental Pleasures* | |
| *Pardiso Inferno* | |
| *Private Lesson* | |
| *San Limite* | |
| *Secrets of the Family* | |

**C. Costs**

Defendant is ordered to a Plaintiff's costs in the amount of seven hundred eighty-eight dollars ($788.00).

**IT IS SO ORDERED.**

Dated: August 4, 2020

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE